UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                              Case No. 09-cr-229-pp

DESHAUN J. CONNERS,

        Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR SENTENCE REDUCTION (DKT. NO. 38)**

The defendant pled guilty to one count of being a felon in possession of firearms and one count of possessing with intent to distribute fifty grams or more of crack. Dkt. No. 24. He currently is serving a sentence of 120 months in the custody of the Bureau of Prisons. Dkt. No. 30. Neither party indicates when the defendant began serving this sentence, but the defendant states that he is scheduled to be released from the custody of the Bureau of Prisons on March 18, 2019—twelve days from now. Dkt. No. 38 at 3.

The defendant has asked the court to reduce his sentence under the First Step Act of 2018. Dkt. No. 38. The government agrees that the defendant is eligible for a First Step Act reduction. Dkt. No. 41. The court has considered the nature and circumstances of the offense, the history and character of the defendant, the time the defendant already has served (at least eight and a half years, or some 103 months), and the government's agreement. The court

**ORDERS** that the defendant's motion for a reduced sentence under the First Step Act is **GRANTED**.

The defendant has asked the court to impose a sentence of eighty-seven months on the felon-in-possession count and eighty-seven months on the crack count, to impose those sentences to run concurrently with each other and with the state sentence in Milwaukee County Circuit Court Case No. 02CF1667, and to impose a sentence of four years of supervised release. Dkt. No. 38 at 10. The government objected to the imposition of a determinate sentence of eighty-seven months on each count, asking the court to impose a sentence of time served on each count. Dkt. No. 41 at 2. The defendant responded, saying that he had no objection to a time-served disposition on both counts, if the court imposed the sentences to run concurrently with each other and with the sentence in the state court case (as Judge Randa had ordered at the time of the original sentencing).

The court **ORDERS** that the sentence imposed on July 2, 2010 is **VACATED**. Dkt. No. 30.

The court **ORDERS** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TIME SERVED** as to Count One, and **TIME SERVED** as to Count Two, to run concurrently with the time-served sentence imposed as to Count One, for a total sentence of **TIME SERVED**. The court **ORDERS** that this time-served sentence shall run concurrently with the sentence imposed in Milwaukee County Circuit Court Case No. 02CF1667.

Upon release from imprisonment, the court **ORDERS** that the defendant shall be on supervised release for a term of: **three (3) years as to Count One, and four (4) years as to Count Two, to run concurrently with the three-year sentence imposed as to Count One, for a total sentence of four (4) years of supervised release**.

The court **IMPOSES** the conditions of supervised release that Judge Randa imposed in the July 2, 2010 judgment, but **ORDERS** that the parties may file a motion asking the court to modify any of those conditions.

The court will issue an amended judgment reflecting this sentence.

Dated in Milwaukee, Wisconsin this 7th day of March, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**